UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Gerald Milliman,

       Plaintiff,                       Civil No. 05-2993 (RHK/RLE)

vs.                             **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

County of Stearns, et al.,

       Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

    **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

    **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 3, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge