**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lance Gerald Milliman, | Civil No. 05-2993 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Tamarack Court, Inc., Dale Wagner, Gary Plamann, Dahrla Plamann, Neils, Franz & Chirhart, and Neil Franz, | |
| Defendants. | |

---

Lance Gerald Milliman, 60009 373rd Street., Eden Valley, MN 55329, plaintiff *pro se.*.

Patrick M. O'Donnell, **SMITH, PAULSON, O'DONNELL & ASSOCIATES**, P.O. Box 668, Monticello, MN 55362, for defendants Tamarack Court, Inc., Dale Wagner, Gary Plamann and Darhla Plamann.

Keith J. Broady, **LOMMEN, ABDO, COLE, KING & STAGEBERG, PA**, 80 South Eight Street, Suite 2000, Minneapolis, MN 55402, for defendants Neils, Franz & Chirhart and Neil Franz.

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson [Docket No. 138], and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

1.    That the Plamanns' Motion to Set Aside Entry of Judgment [Docket No. 124] is granted.

2.    That the Plaintiff's Motion for Default Judgment [Docket No. 119] is denied, as moot.

DATED:  October 24, 2006
At Minneapolis, Minnesota                              _____s/John R. Tunheim_____
                                                                            JOHN R. TUNHEIM
                                                                      United States District Judge